UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:14-cv-80708-KMM

Bankruptcy Court Case Nos.
09-36379-BKC-PGH & 09-36396-BKC-PGH
(Jointly Administered)

IN RE:
PALM BEACH FINANCE PARTNERS, L.P.,
PALM BEACH FINANCE II, L.P.,

    Debtors
_____

THE ASHTON REVOCABE LIVING TRUST
and MARIE ASHTON,

    Appellants,

v.

BARRY E. MUKAMAL, in his capacity as
Liquidating Trustee for the Palm Beach Finance
Partners Liquidating Trust and the Palm Beach
Finance II Liquidating Trust.

    Appellee.

**MOTION FOR EXTENSION OF TIME TO SERVE BRIEF OF APPELLEE
BASED ON BRIEFING SCHEDULE CONFLICTS AND TRANSITION WITHIN FIRM**

    Appellee, Barry E. Mukamal, in his capacity as Liquidating Trustee for the Palm Beach Finance Partners Liquidating Trust and the Palm Beach Finance II Liquidating Trust, respectfully requests a 30-day enlargement of time for filing his Brief of Appellee in this matter, through and including August 24th.

    *This is a first extension request, and no furthers will be requested.* Counsel for Appellants, however, do not agree to the extension because they fear it will interfere with counsel's upcoming vacation schedule.

1

**BACKGROUND**

1.  In these consolidated appeals from the bankruptcy court The Ashton Revocable Living Trust and Marie Ashton (collectively, the "Appellants") are seeking review of the bankruptcy court's final orders of the bankruptcy court orders; (i) the bankruptcy court's April 3, 2014 Order Granting Liquidating Trustee's Motion to Approve Settlement with Ashton and Payment of Contingency Fee (the "Final Order Approving Settlement"); and (ii) the March 6, 2014 underlying Order containing Findings of Fact and Conclusions of Law on Motion to Approve Settlement (the "Decision").

2.  Appellants, on July 1st, filed their Initial Brief on Behalf of Defendants-Appellants the Ashton Revocable Living Trust and Marie Ashton (the "Brief of Appellant"). The Brief of Appellant raises six issues for consideration on appeal, and it is an enlarged brief. The Court entered a paperless order on July 4th, granting Appellants' unopposed motion for leave to file the enlarged brief.

3.  The Brief of Appellee is due to be filed on July 25th.

**GOOD CAUSE SHOWN**

4.  The undersigned regrets having to come to the Court to request an extension of the briefing scheduled, and has worked diligently to complete the Brief of Appellee for filing within the deadline, but the issues argued in the enlarged Brief of Appellant are extensive and complex, and the undersigned who is principally responsible for the Brief presently is pressed by a schedule of competing deadlines in appellate matters for which he is principally responsible, as outlined below.

*In the days leading up to the deadline*, the undersigned was principally responsible for the following:

- *Gable v. JPMorgan Chase Bank, N.A.*, Fourth District Court of Appeal No. 4D14-0734 (Answer Brief was filed on July 8th);

- *Moss v. City of Pembroke Pines*, Eleventh Circuit Court of Appeals No. 14-11240 (Appellant's Brief was filed on July 9th);

- *US Nutraceuticals, LLC v. Cyanotech Corp.*, Eleventh Circuit Court of Appeal No. 13-12863 (Oral Argument was held on July 9th);

- *Sunshine Gasoline Distribs., Inc. v. Biscayne Enters. Inc.*, Florida Supreme Court No. 14-1293 (Jurisdictional Brief was filed on July 15th);

- *Ladowski v. Washington Mut. Bank*, Third District Court of Appeal No. 3D14-79 (Answer Brief was filed on July 15th);

- *Javier Euginio Montalvan &d Isolda Arguello v. Marcella Montalvan, et al.*, Third District Court of Appeal N. 14-471 (Initial Brief due is due on July 18th);

- *Palm Beach Fla. Hotel & Office Bldg. Ltd. P'ship, etc. v. Nantucket Enters., Inc.*, 15th Judicial Circuit Court Case No. 50 2008 CA 039646 (Post-Trial Motion due on July 18th);

- *Buckman v. JPMorgan Chase Bank, N.A.*, Fourth District Court of Appeal No. 4D13-4492 (Response to Rehearing Motion is due on July 19th);

- *Bejla Riwka Zwick Miller v. Leon Zwick, et. al.*, (Initial Brief/Answer Brief in consolidated final and non-final appeals is due on July 23rd);

*And contemporaneously with the briefing deadline in this case*, the undersigned is principally responsible for the following:

- *Swire Realty, Inc., et al. v. Manuel Soltero*, Third District Court of Appeal NO. (Petition for Writ of Certiorari due on July 25th);

3

- *Thomas Bolera, et al. v. John Papa, et al.*, (Answer Brief in consolidated appeals is due on July 29th);

- *Woods* v. JPMorgan Chase Bank, N.A., Second District Court of Appeal No. 2D14-1480 (Answer Brief due on August 4th);

- *Leoni v. Estate of Robert L. Elmore,* Fourth District Court of Appeal No. 4D14-2040 (Initial Brief due on August 11th);

- *Fiel v. Estate of Ben H. Novack, Jr.,* Fourth District Court of Appeal No. 4D14-1048 (Initial Brief due on August 14th);

- *Anthony Co. v. Palm Springs Townhomes*, Fourth District Court of Appeal No. 4D13-4202 (Answer Brief due on August 15th);

5. In addition to the foregoing, the undersigned's law firm restructured this month resulting from the departure of one of the partners.

**EXTENSION PERIOD REQUESTED**

6. An additional 30 days is necessary, based on the aforementioned scheduling conflict, to complete a comprehensive and cogent Brief of Appellee that will best serve the client, and be most helpful to the Court in its consideration of the many issues raised by the enlarged Brief of Appellant.

7. This request for additional time is made in good faith, and is not intended to delay the proper and efficient administration of this appeal. Indeed, Appellee has demonstrated his commitment to the proper and efficient administration by joining in the motion to consolidate and consenting to the Appellants' motion for leave to file an enlarged Brief of Appellant.

8. And, no further extensions will be requested for the filing of the Brief of Appellee, and the undersigned will make every effort to complete and file the response ahead of schedule.

### CONFERRAL WITH APPELLANTS' COUNSEL

9. The undersigned has conferred with Lisa Marie Castellano and Helen D. Chaitman, co-counsel for Appellants. Ms. Chaitman has stated that she cannot agree to this extension request because the extended briefing schedule would interfere with her upcoming vacation schedules. The undersigned, of course, stated to Ms. Chaitman and represents in this motion, that that Appellant would be agreeable to whatever extension Ms. Chaitman saw fit to request of the Court.

### CONCLUSION AND PRAYER FOR RELIEF

Appellee most respectfully, and mindful of the proper and efficient administration of this appeal, requests the Court to grant an enlargement of time, through and including August 24th, within which to file the Brief of Appellant in this matter.

Respectfully submitted,

Elliot B. Kula
  Florida Bar No. 003794
W. Aaron Daniel
  Florida Bar No. 99739
Kula & Associates, P.A.
11900 Biscayne Boulevard, Suite 310
North Miami, Florida 33181
Telephone:  (305) 354-3858
Facsimile:  (305) 354-3822
elliot@kulalegal.com
aaron@kulalegal.com
eservice@kulalegal.com

*Counsel for Appellee Barry E. Mukamal*

By:        /s/ Elliot B. Kula
                Elliot B. Kula

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 18, 2014, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system.  I also hereby certify that the foregoing document is being served this day on all counsel or record identified on the Service List in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

           /s/ Elliot B. Kula
              Elliot B. Kula

CASE NO. 9:14-cv-80708-KMM

**SERVICE LIST**

Helen D. Chaitman
Becker & Poliakoff, LLP
45 Broadway
New York, NY 10006
Telephone: 212-559-3322
Email: hchaitman@beckerpoliakoff.com

Lisa Marie Castellano
Becker & Poliakoff
311 Park Place Boulevard, Suite 250
Clearwater, FL 33759-3977
Telephone: 727-712-4000
Email: lcastellano@beckerpoliakoff.com

James Calvin Moon
Meland Russin & Budwick, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-
Telephone: 305-358-6363
Email: jmoon@melandrussin.com

Jessica Lynn Wasserstrom
Meland Russin & Budwick, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-
Telephone: 305-358-6363
Email: jwasserstrom@melandrussin.com

Solomon Brauner Genet
Meland Russin & Budwick, P.A.
200 S. Biscayne Blvd.
Suite 3200
Miami, FL 33131
Telephone: 305-358-6363
Email: sgenet@melandrussin.com

Joshua Alan Marcus
Meland Russin & Budwick, P.A.
3200 Southeast Financial Center
200 S. Biscayne Blvd.
Miami, FL 33131
Telephone: 305-358-6363
Email: jmarcus@melandrussin.com

John Daniel Eaton
Shawde & Eaton, PL
1792 Bell Tower Lane
Weston, FL 33326
Telephone: 954-376-3366
Email: jeaton@shawde-eaton.com