UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:14-cv-80708-KMM

Bankruptcy Court Case Nos.
09-36379-BKC-PGH & 09-36396-BKC-PGH
(Jointly Administered)

IN RE:
PALM BEACH FINANCE PARTNERS, L.P.,
PALM BEACH FINANCE II, L.P.,

      Debtors

_____

THE ASHTON REVOCABE LIVING TRUST
and MARIE ASHTON,

      Appellants,

v.

BARRY E. MUKAMAL, in his capacity as
Liquidating Trustee for the Palm Beach Finance
Partners Liquidating Trust and the Palm Beach
Finance II Liquidating Trust.

      Appellee.

**AGREED MOTION FOR LEAVE TO FILE
ENLARGED BRIEF OF APPELLEE**

Appellee, Barry E. Mukamal, in his capacity as Liquidating Trustee for the Palm Beach Finance Partners Liquidating Trust and the Palm Beach Finance II Liquidating Trust, respectfully requests the Court allow for the filing of an enlarged Brief of Appellee of no more than 30 pages in this bankruptcy appeal. The filing of an enlarged Brief of Appellee is necessitated by the filing of the enlarged Brief of Appellant, which has raises *six* issues for the Court's consideration, including a novel jurisdictional issue raised for the first time on appeal. *Appellants agree to this motion.*

1

1.      In these consolidated appeals from the bankruptcy court, Appellants, The Ashton Revocable Living Trust and Marie Ashton (collectively, "Ashton") are seeking review of the bankruptcy court's final order, comprising the bankruptcy court's April 3, 2014 Order Granting Liquidating Trustee's Motion to Approve Settlement with Ashton and Payment of Contingency Fee (the "Final Order Approving Settlement"), and its underlying Findings of Fact and Conclusions of Law on Motion to Approve Settlement (the "Findings of Fact").

2.      Ashton, on July 1st, filed their Initial Brief on Behalf of Defendants-Appellants the Ashton Revocable Living Trust and Marie Ashton (the "Brief of Appellant"). The Brief of Appellant raises six issues for consideration on appeal, and it is an enlarged brief, which the Court allowed on Ashton's motion, to which motion the undersigned agreed.

3.      The Brief of Appellee, which is due to be filed on Monday, August 25th (carrying over from the Sunday, August 24th deadline), and is nearing its final version after much editing, but still exceeds the 25-page limit. And while the undersigned will continue this effort to streamline the recitation of facts and the legal arguments, the extensive issues raised by Ashton, including a jurisdictional argument raised for the first time on appeal and which requires consideration of passing arguments thereby to provide a most cogent argument on the threshold inquiry, further brevity is difficult.

4.      The undersigned is mindful of the need for compliance with the rules governing briefing, but an enlargement of the 25-page limit will allow for a complete articulation and result in the most cogent brief, which in the end will best serve the client, and be most helpful to the Court in its consideration of the many issues raised by the enlarged Brief of Appellant.

5.      This request for enlargement of the page limit is made in good faith, and after substantial efforts have been undertaken to edit and streamline the Brief of Appellee both in its recitation of the facts and the legal arguments.

6.      The undersigned has conferred with Helen D. Chaitman, counsel for Ashton, and is authorized to state that *Ashton agrees to this motion.*

WHEREFORE, Appellee most respectfully, and mindful of the burden it places on the Court, requests the Court to approve the filing of an enlarged Brief of Appellee of no more than 30 pages.

Respectfully submitted,

Michael S. Budwick
  Florida Bar No. 938777
Meland Russin & Budwick, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone:  (305) 358-6363
Facsimile:  (305) 358-1221
mbudwick@melandrussin.com

Elliot B. Kula
  Florida Bar No. 003794
W. Aaron Daniel
  Florida Bar No. 99739
Kula & Associates, P.A.
11900 Biscayne Boulevard, Suite 310
North Miami, Florida 33181
Telephone:  (305) 354-3858
Facsimile:  (305) 354-3822
elliot@kulalegal.com
aaron@kulalegal.com
eservice@kulalegal.com

By:        /s/ Elliot B. Kula
           Elliot B. Kula

*Co-Counsel for Appellee Barry E. Mukamal*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 21, 2014, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system.  I also hereby certify that the foregoing document is being served this day on all counsel or record identified on the Service List in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        /s/ Elliot B. Kula
          Elliot B. Kula

CASE NO. 9:14-cv-80708-KMM

**SERVICE LIST**

Helen D. Chaitman
Becker & Poliakoff, LLP
45 Broadway
New York, NY 10006
Telephone: 212-559-3322
Email: hchaitman@beckerpoliakoff.com

Solomon Brauner Genet
Meland Russin & Budwick, P.A.
200 S. Biscayne Blvd.
Suite 3200
Miami, FL 33131
Telephone: 305-358-6363
Email: sgenet@melandrussin.com

Joshua Alan Marcus
Meland Russin & Budwick, P.A.
3200 Southeast Financial Center
200 S. Biscayne Blvd.
Miami, FL 33131
Telephone: 305-358-6363
Email: jmarcus@melandrussin.com

Lisa Marie Castellano
Becker & Poliakoff
311 Park Place Boulevard, Suite 250
Clearwater, FL 33759-3977
Telephone: 727-712-4000
Email: lcastellano@beckerpoliakoff.com

Jessica Lynn Wasserstrom
Meland Russin & Budwick, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-
Telephone: 305-358-6363
Email: jwasserstrom@melandrussin.com

John Daniel Eaton
Shawde & Eaton, PL
1792 Bell Tower Lane
Weston, FL 33326
Telephone: 954-376-3366
Email: jeaton@shawde-eaton.com

4