## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 9-14-cv-80708 (KMM)
Bankruptcy Court Case Nos:
09-36379-PGH
09-36396-PGH
(Jointly Administered)

In re:

PALM BEACH FINANCE PARTNERS, L.P.,
PALM BEACH FINANCE II, L.P.,

Debtor(s).
_____/

THE ASHTON RECOVABLE LIVING TRUST
AND MARIE ASHTON,

                Appellants,

v.

BARRY E. MUKAMAL, in his capacity
as Liquidating Trustee for the Palm Beach
Finance Partners Liquidating Trust and the
Palm Beach Finance II Liquidating Trust,

                Appellee.
_____/

### NOTICE OF 90 DAYS EXPIRING

    Appellants The Ashton Revocable Living Trust and Marie Ashton (the "Appellants"), by
and through their undersigned counsel, hereby give notice to Barry E. Mukamal (the
"Appellee"), pursuant to S.D. Fla. L. R. 87.4(h), of 90 days expiring. The briefing of the appeal
has been completed as of September 15, 2014 but the Court has not ruled on Appellants' request
for oral argument.

{N0064809 2 }

Dated:  December 23, 2014

By:     **/s/ Lisa M. Castellano**
        Lisa M. Castellano
        Florida Bar No. 748447
        BECKER & POLIAKOFF, P.A.
        1511 N. Westshore Boulevard
        Suite 1000
        Tampa, Florida 33607
        Telephone: (813) 527-3900
        Facsimile: (813) 286-7683


By:     **/s/ Helen Davis Chaitman**
        Helen Davis Chaitman
        BECKER & POLIAKOFF LLP
        45 Broadway, 8th Floor
        New York, New York 10006
        Telephone: (212) 599-3322
        Facsimile: (212) 557-0295
        *Attorneys for Marie Ashton and the*
        *Ashton Revocable Living Trust*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 23, 2014, a true and correct copy of the foregoing Notice of 90 Days Expiring was served via the Courts CM/ECF on all the parties in this action who receive electronic service through CM/ECF.  I certify under penalty of perjury that the foregoing is true and correct.

Dated:  December 23, 2014

By:  ___*/s/ Lisa M. Castellano*_____
Lisa M. Castellano
Florida Bar No. 748447
BECKER & POLIAKOFF, P.A.
1511 N. Westshore Boulevard
Suite 1000
Tampa, Florida 33607
Telephone: (813) 527-3900
Facsimile: (813) 286-7683

By:  ___*/s/ Helen Davis Chaitman*_____
Helen Davis Chaitman
BECKER & POLIAKOFF LLP
45 Broadway, 8th Floor
New York, New York 10006
Telephone: (212) 599-3322
Facsimile: (212) 557-0295
*Attorneys for Marie Ashton and the*
*Ashton Revocable Living Trust*